United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLOSI DISTRIBUTING, INC.,

    Plaintiff,

v.

FINISHMASTER, INC. (erroneously identified as FINISHMASTER AUTOMOTIVE & INDUSTRIAL PAINT),

    Defendant.

No. C 05-03479 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom