


Law Offices of
# Herman Franck
1801 7th Street, Ste. 150
Sacramento, California 95814
Tel. (916) 447-8400 • Fax (916) 447-0720
Email: franckherman@cs.com



Citizen Attorney™

February 24, 2006

Clerk, Judge Larson's Chambers
US District Court, Northern District, San Francisco
450 Golden Gate, Avenue, 16th Floor
San Francisco, CA 94102
(415) 522-2112
Fax: (415) 522-2140

**FILED**

FEB 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: *Nicolosi Distributing, Inc. vs. Finishmaster, Inc.*, US District Court, Northern District of California Case No. C 053479 JSW

Dear Clerk:

As per Mr. Franck's telephone discussion with you, we have a schedule conflict with the settlement conference date currently set for May 16, 2006 at 10:00 a.m. in Judge Larson's chambers.

We have obtained a date that works for all parties and hereby request that the settlement conference in this matter be rescheduled to May 3, 2006 at 2:00 p.m.

Please advise if this is possible.

Regards,

Mor Yang, Legal Assistant to
Herman Franck, Esq.
Attorney for Plaintiff
Nicolosi Distributing, Inc.



IT IS SO ORDERED
Judge James Larson

1