IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

May 4, 2006

Clerk, Judge Larson's Chambers
Court Room F
US District Court, Northern District, San Francisco
450 Golden Gate Ave
San Francisco, Ca 94102
Tel: (415) 522-2112
Fax: (415) 522-2140

Re: *Nicolosi Distributing, Inc. vs. FinishMaster*, Inc., US District Court, Northern
District of California Case No: C- 053479 JSW

Dear Clerk:

This will confirm that the parties have  agreed to a new Settlement Conference date
before Judge James Larson, Courtroom F, on June 23, 2006 at 10: 00 am.

Regards,

_____
Sabrina Chen
Legal Assistant to
Herman Franck, Esq.
Attorney for Plaintiff Nicolosi Distributing

 Cc:   Joseph Ferrell, Esq., Counsels for Defendant Finish Master.
         Joseph Jung, Esq. Counsel for non party participant 19th Ave Autobody.

| | |
|---|---|
| H. Joseph Jung, Esq. | Joseph B. Ferrell |
| Wonchol Jeon | Latham &Watkins LLP |
| The Jung Law Firm | 650 Town Center Drive, 20th Floor |
| 166 Santa Clara Ave | Costs Mesa, CA 92626-1925 |
| Oakland, CA 94610 | Direct Tel: (714) 755-8210 |
| Tel: 510 658-2500 | Fax: (7140755-8290 |
| Fax: 510 658-2534 | Email: joe.farrll@lw.com |
| | www. Lw.com |