IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLOSI DISTRIBUTING, INC.,

    Plaintiff,

v.

FINISHMASTER, INC. (erroneously identified as FINISHMASTER AUTOMOTIVE & INDUSTRIAL PAINT),

    Defendant.

No. C 05-03479 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated:  December 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom