**Herman Franck, Esq.** (SB # 123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Plaintiff
Nicolosi Distributing Inc.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLOSI DISTRIBUTING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> FINISHMASTER, INC. (erroneously ) <br> identified as FINISHMASTER ) <br> AUTOMOTIVE & INDUSTRIAL PAINT) ) <br> ) <br> Defendant, ) <br> _____) | Case No. C 053479 ~~BZ~~   EMC <br><br> STIPULATION AND JOINT REQUEST FOR VOLUNTARY DISMISSAL: ORDER THEREON |

The parties hereto hereby submit pursuant to FRCP Rule 41(a) this joint stipulation and request for voluntary dismissal of the entire action with prejudice, based on a settlement reached by the parties.

1

1  SO STIPULATED:

2

3  /s/

4  Herman Franck, Esq                        Dated: June 27, 2007
   Attorney for Plaintiff
5  Nicolosi Distributing, Inc

6

7  /s/

8  Joseph Farrell                            Dated: June 8, 2007
   Attorney for Defendants
9  Finishmaster, Inc

10

11

12              ORDER BASED ON STIPULATION

13 The Court accepts the forgoing stipulation and ORDERS that this case is dismissed with
   prejudice.
14

15  _____

16  United States Magistrate Judge

    IT IS SO ORDERED
    Judge Edward M. Chen

17

18

19

20

21

22

23

24

25